NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

ALVIN AND RIMMA SCHLESINGER, individuals,

    Plaintiffs,

vs.

CHERRY CREEK STRATEGIC ADVISORS, LLC; and DOES 1 through 10, inclusive,

    Defendants.

Case No. 2:14-cv-03876-AB-AJW

[~~PROPOSED~~] JUDGMENT

## [~~PROPOSED~~] JUDGMENT

PURSUANT TO THIS COURTS ORDER and the stay being lifted, Judgment is entered against Defendant Cherry Creek Strategic Advisors, LLC **in favor of Plaintiff Rimma Schlesinger**. The Court awards Plaintiff **Rimma Schlesinger** $2,000 in statutory damages, $2,880 in attorney's fees and $496.90 in costs.

DATED: February 20, 2015     _____
                                              Hon. André Birotte Jr.
                                              United States District Judge
                                              Central District of California